STATE OF LOUISIANA          *          NO. 2020-K-0581

VERSUS                     *          COURT OF APPEAL

JASON SKIPPER              *          FOURTH CIRCUIT

                          *          STATE OF LOUISIANA

                          *

                          *
                   * * * * * * *


*JCL*     **LOBRANO, J., CONCURS IN THE RESULT.**